FILED BY ____ D.C.

05 SEP 26 PM 2:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

LAMBS & IVY, LLC.,

    Plaintiff,

vs.       Case No. 05-2056 D V

DEPARTMENT OF THE TREASURY,
Internal Revenue Services,

    Defendant.

## ORDER TO SHOW CAUSE

It appearing to the Court that Plaintiff filed the instant complaint on January 21, 2005. However, it appears that service pursuant to Fed.R.Civ.P. 4(c) has not been effecuated.

Accordingly, the Court hereby orders Plaintiff to effectuate service to the Defendant on or before October 28, 2005. If Plaintiff fails to comply with this order, this case will be dismissed without prejudice as to the Defendant.

IT IS SO ORDERED this 26th day of September 2005.

    BERNICE B. DONALD
    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02056 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Lambs & Ivy, LLC.
1185 Macon View Drive
Cordova, TN 38018

Honorable Bernice Donald
US DISTRICT COURT